# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: RANA, SANA § Case No. 16-82328-TML

§

§

Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 30, 2016.  The undersigned trustee was appointed on December 07, 2016.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of                    $                    12,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 10.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]           $                    11,990.00

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 02/14/2017 and the deadline for filing governmental claims was 03/29/2017.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,950.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,950.00, for a total compensation of $1,950.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/21/2017            By:/s/STEPHEN G. BALSLEY
                              Trustee, Bar No.: 0104841

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-82328-TML

**Case Name:** RANA, SANA

**Period Ending:** 07/21/17

**Trustee:** (330410)   STEPHEN G. BALSLEY

**Filed (f) or Converted (c):** 09/30/16 (f)

**§341(a) Meeting Date:** 11/10/16

**Claims Bar Date:** 02/14/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1382 Cunat Ct Unit 2A, Lake in the Hills, IL<br>  See Order Compromise Controversy entered July 20, 2017. | 55,000.00 | 6,000.00 | | 12,000.00 | FA |
| 2 | Cash | 40.00 | 0.00 | | 0.00 | FA |
| 3 | Checking: Chase Bank | 1.00 | 0.00 | | 0.00 | FA |
| 4 | Checking: Associated Bank | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Sofa | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Chairs | 25.00 | 0.00 | | 0.00 | FA |
| 7 | Tables | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Lamps | 20.00 | 0.00 | | 0.00 | FA |
| 9 | Refigerator / Freezer | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Washer / Dryer | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Microwave | 40.00 | 0.00 | | 0.00 | FA |
| 12 | Stove / Oven | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Pots & Pans | 25.00 | 0.00 | | 0.00 | FA |
| 14 | Dishes and flatware | 50.00 | 0.00 | | 0.00 | FA |
| 15 | Beds | 150.00 | 0.00 | | 0.00 | FA |
| 16 | Linens | 50.00 | 0.00 | | 0.00 | FA |
| 17 | Television | 100.00 | 0.00 | | 0.00 | FA |
| 18 | Dvd Player | 20.00 | 0.00 | | 0.00 | FA |
| 19 | Computer and Printer | 125.00 | 0.00 | | 0.00 | FA |
| 20 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 21 | Rings | 200.00 | 0.00 | | 0.00 | FA |
| 22 | Necklace | 50.00 | 0.00 | | 0.00 | FA |
| 23 | 2013 Chrysler Town and Country | 14,000.00 | 0.00 | | 0.00 | FA |
| 24 | 2013 Chevrolet Cruze | 9,000.00 | 0.00 | | 0.00 | FA |
| 24 | **Assets**    **Totals** (Excluding unknown values) | **$79,946.00** | **$6,000.00** | | **$12,000.00** | **$0.00** |

Printed: 07/21/2017 12:38 PM   V.13.30

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-82328-TML

**Case Name:** RANA, SANA

**Period Ending:** 07/21/17

**Trustee:** (330410)   STEPHEN G. BALSLEY

**Filed (f) or Converted (c):** 09/30/16 (f)

**§341(a) Meeting Date:** 11/10/16

**Claims Bar Date:** 02/14/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     July 21, 2017

**Current Projected Date Of Final Report (TFR):**     July 21, 2017  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 16-82328-TML |
| **Case Name:** | RANA, SANA |
| **Taxpayer ID #:** | **-***2714 |
| **Period Ending:** | 07/21/17 |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******6366 - Checking Account |
| **Blanket Bond:** | $4,396,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/20/17 | {1} | Ahson Rana | Settlement Funds | 1110-000 | 12,000.00 | | 12,000.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 11,990.00 |
| | | | **ACCOUNT TOTALS** | | **12,000.00** | **10.00** | **$11,990.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **12,000.00** | **10.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,000.00** | **$10.00** | |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6366** | **12,000.00** | **10.00** | **11,990.00** |
| | **$12,000.00** | **$10.00** | **$11,990.00** |

{} Asset reference(s)

Printed: 07/21/2017 12:38 PM    V.13.30

# Exhibit C

## Case:  16-82328-TML    RANA, SANA

Claims Bar Date:   02/14/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | STEPHEN G. BALSLEY 6833 STALTER DRIVE ROCKFORD, IL 61108 <2100-00   Trustee Compensation>,  200 | Admin Ch.  7 09/30/16 | | $1,950.00 $1,950.00 | $0.00 | $1,950.00 |
| | Barrick, Switzer, Long, Balsley & Van Evera 6833 Stalter Drive Rockford, IL 61108 <3120-00   Attorney for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch.  7 09/30/16 | 11/22/16 Title Underwriters - Written Search Fee ($110.00) 11/22/16 McHenry County Recorder - Recording Fee Lis Pendens Notice ($50.00) 7/21/17 McHenry County Recorder - Recording Fee Release of Lis Pendens Notice ($50.00) | $210.00 $210.00 | $0.00 | $210.00 |
| | Barrick, Switzer, Long, Balsley & Van Evera 6833 Stalter Drive Rockford, IL 61108 <3210-00   Attorney for Trustee Fees (Other Firm)>,  200 | Admin Ch.  7 09/30/16 | | $4,452.50 $4,452.50 | $0.00 | $4,452.50 |
| 1 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054-3025 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 11/17/16 | Discover Products Inc PO Box 3025 New Albany, OH 430543025 ----------------------------------------------------------------------------* * * | $2,901.08 $2,901.08 | $0.00 | $2,901.08 |
| 2 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 12/05/16 | PO Box 71083 Charlotte, NC 282721083 ----------------------------------------------------------------------------* * * | $844.44 $844.44 | $0.00 | $844.44 |
| 3 | Capital One, N.A. c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 01/05/17 | c/o Becket and Lee LLP PO Box 3001 Malvern, PA 193550701 ----------------------------------------------------------------------------* * * | $311.09 $311.09 | $0.00 | $311.09 |

# Exhibit C

## Case: 16-82328-TML   RANA, SANA

Claims Bar Date:   02/14/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Unsecured 01/25/17 | of Citibank, N.A. Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 --------------------------------------------------------------------* * * | $3,929.77 $3,929.77 | $0.00 | $3,929.77 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 5 | Department Store National Bank c/o Quantum3 Group LLC PO Box 657 Kirkland, WA 98083-0657 | Unsecured 02/02/17 | c/o Quantum3 Group LLC PO Box 657 Kirkland, WA 980830657 --------------------------------------------------------------------* * * | $231.68 $231.68 | $0.00 | $231.68 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 6 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (Old Navy) POB 41067 Norfolk, VA 23541 | Unsecured 02/13/17 | Successor to Synchrony Bank (Old Navy) POB 41067 Norfolk, VA 23541 --------------------------------------------------------------------* * * See Amended Claim No. 6-2 filed February 13, 2017. | $1,187.02 $0.00 | $0.00 | $0.00 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 6 -2 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (Old Navy) POB 12914 Norfolk, VA 23541 | Unsecured 02/13/17 | Successor to Synchrony Bank (Old Navy) POB 41067 Norfolk, VA 23541 --------------------------------------------------------------------* * * | $1,187.02 $1,187.02 | $0.00 | $1,187.02 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 7 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (Old Navy) POB 12914 Norfolk, VA 23541 | Unsecured 02/13/17 | Successor to Synchrony Bank (Old Navy) POB 41067 Norfolk, VA 23541 --------------------------------------------------------------------* * * | $1,016.82 $1,016.82 | $0.00 | $1,016.82 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |

# Exhibit C

## Case: 16-82328-TML   RANA, SANA

Claims Bar Date:   02/14/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (Walmart) POB 12914 Norfolk, VA 23541-) | Unsecured 02/13/17 | Successor to Synchrony Bank (Walmart) POB 41067 Norfolk, VA 23541) ------------------------------------------------------------------------------* * * | $3,105.24 $3,105.24 | $0.00 | $3,105.24 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 9 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (Toys R US) POB 12914 Norfolk, VA 23541 | Unsecured 02/14/17 | Successor to Synchrony Bank (Toys R US) POB 41067 Norfolk, VA 23541 ------------------------------------------------------------------------------* * * | $109.30 $109.30 | $0.00 | $109.30 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |

|  |  | **Case Total:** | **$0.00** | **$20,248.94** |
|---|---|---|---|---|

**TRUSTEE'S PROPOSED DISTRIBUTION**                    Exhibit D

Case No.:  16-82328-TML
Case Name: RANA, SANA
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:**                              **$**              11,990.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None      |          |                |                         |                          |                  |

Total to be paid to secured creditors:    **$**              0.00
Remaining balance:                        **$**         11,990.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,950.00 | 0.00 | 1,950.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 4,452.50 | 0.00 | 4,452.50 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 210.00 | 0.00 | 210.00 |

Total to be paid for chapter 7 administration expenses:    **$**         6,612.50
Remaining balance:                                         **$**         5,377.50

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None |  |  |  |

Total to be paid for prior chapter administrative expenses:    **$**         0.00
Remaining balance:                                             **$**         5,377.50

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| Total to be paid for priority claims: | $ | | 0.00 |
| Remaining balance: | $ | | 5,377.50 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,636.44 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 39.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 2,901.08 | 0.00 | 1,144.04 |
| 2 | Capital One Bank (USA), N.A. | 844.44 | 0.00 | 333.00 |
| 3 | Capital One, N.A. | 311.09 | 0.00 | 122.68 |
| 4 | PYOD, LLC its successors and assigns as assignee | 3,929.77 | 0.00 | 1,549.70 |
| 5 | Department Store National Bank | 231.68 | 0.00 | 91.36 |
| 6 | Portfolio Recovery Associates, LLC | 0.00 | 0.00 | 0.00 |
| 6 -2 | Portfolio Recovery Associates, LLC | 1,187.02 | 0.00 | 468.10 |
| 7 | Portfolio Recovery Associates, LLC | 1,016.82 | 0.00 | 400.98 |
| 8 | Portfolio Recovery Associates, LLC | 3,105.24 | 0.00 | 1,224.54 |
| 9 | Portfolio Recovery Associates, LLC | 109.30 | 0.00 | 43.10 |

| | | | |
|---|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | | 5,377.50 |
| Remaining balance: | $ | | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been
allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed
general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated
to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $                    0.00

Remaining balance:   $                    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims
ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid
*pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid
in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent,
plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims
ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $                    0.00

Remaining balance:   $                    0.00

**UST Form 101-7-TFR (05/1/2011)**