UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **RANA, SANA** ) | Bankruptcy Case No. 16-82328 TML |
| ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |

## CERTIFICATE OF SERVICE

    The undersigned certifies that on August 21, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

    RANA, SANA
    9 MUIRFIELD CT
    LAKE IN THE HILLS, IL 60156

    JEFFRY A. DAHLBERG
    BALSLEY & DAHLBERG
    5130 N. SECOND STREET
    LOVES PARK, IL 61111
    *(Via ECF Electronic Transmission)*

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

PYOD, LLC its successors and assigns as assignee
of Citibank, N.A.
Resurgent Capital Services,PO Box 19008
Greenville, SC 29602

Department Store National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Portfolio Recovery Associates, LLC
Successor to Synchrony Bank (Old Navy)
POB 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
Successor to Synchrony Bank (Old Navy)
POB 12914
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
Successor to Synchrony Bank (Walmart)
POB 12914
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
Successor to Synchrony Bank (Toys R US)
POB 12914
Norfolk, VA 23541


/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
Phone: (815) 962-6611
sbalsley@bslbv.com